■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERNEST L. WARREN, Appellant.—Appeal from a judgment of the County Court of Schuyler County (Callanan, Sr., J.), rendered January 20, 1989, convicting defendant upon his plea of guilty of the crime of sexual abuse in the first degree.

Defendant's plea of guilty to the charge of sexual abuse in the first degree was in full satisfaction of a three-count superior court information as well as three other separate superior court informations filed against him. Furthermore, at the time of his plea, County Court informed defendant that he could receive the maximum permissible prison term of 2⅓ to 7 years. Instead, he received a sentence of only 1⅓ to 4 years. These circumstances, coupled with the fact that defendant admitted sexual contact with one of his children, do not warrant a modification of the sentence imposed *(see, People v Carlin,* 136 AD2d 781).

Judgment affirmed. Weiss, J. P., Mikoll, Levine, Mercure and Harvey, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAWRENCE C. SIMPSON, Appellant.—Appeal from a judgment of the County Court of Broome County (Mathews, J.), rendered May 19, 1989, convicting defendant upon his plea of guilty of the crimes of robbery in the third degree and attempted robbery in the second degree.

Defendant pleaded guilty to robbery in the third degree and attempted robbery in the second degree knowing that he would receive the sentences ultimately imposed by County Court. Furthermore, the robbery in the third degree charge had been reduced from robbery in the first degree as part of the plea arrangement. Therefore, there was no abuse of discretion by County Court in sentencing defendant as a second felony offender to consecutive prison terms of 2 to 4 years *(see, People v Bailey,* 156 AD2d 846, *lv denied* 75 NY2d 810).

Judgment affirmed. Weiss, J. P., Mikoll, Levine, Mercure and Harvey, JJ., concur.